# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 14-1631

———————————————

Albert B. Brown, Jr.

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security Administration

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the District of Nebraska - Omaha

——————————

Submitted: October 7, 2014
Filed: October 24, 2014
[Unpublished]

——————————

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

——————————

PER CURIAM.

Albert B. Brown, Jr., appeals the district court's[1] order affirming the denial of disability insurance benefits. Upon de novo review, see Van Vickle v. Astrue, 539

———————————————

[1]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

F.3d 825, 828 & n.2 (8th Cir. 2008), and careful consideration of Brown's arguments for reversal, we find no error in the administrative law judge's (ALJ's) determination that Brown was not disabled before his date last insured. A decision not to reopen a prior final decision is not subject to judicial review absent a colorable constitutional challenge. See Hardy v. Chater, 64 F.3d 405, 407-08 (8th Cir. 1995). To the extent Brown challenges the ALJ's determinations as to credibility and residual functional capacity (RFC), we find that the credibility determination is supported by substantial evidence and valid reasons and thus is entitled to deference, see Turpin v. Colvin, 750 F.3d 989, 993 (8th Cir. 2014); and that Brown failed to meet his burden of establishing a more limited RFC, see Perks v. Astrue, 687 F.3d 1086, 1092 (8th Cir. 2012). The judgment of the district court is affirmed, see 8th Cir. R. 47B, and Brown's motion to strike is denied.

_____